**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **No. 3:12-00037** |
| **v.** ) | **KEVIN H. SHARP** |
| ) | **Judge, U.S. District Court** |
| ) | |
| **MATTHEW BLAIR SCURLOCK** ) | |

UÜÒÒÜLÁŒÆ@ æ‡ĕ *
[ } Á¢@æ Á̂ [ c¶ } Á̂æ
@¦^à^Á&@å˘¦^åÁ[¦
Þ[ç^{ à^¦ÁÁ̂|ÆÆGÆFG
æ¸Æ¦¦Œ¶¦Ĕ̂ Ё̂Á

_Kevin H. Sharp_

<u>MATTHEW BLAIR SCURLOCK'S MOTION TO RELIEVE COUNSEL OF</u>
<u>RESPONSIBILITY TO PROVIDE HIM FURTHER</u>
<u>REPRESENTATION IN THIS MATTER</u>

**COMES** now the accused, **MATTHEW BLAIR SCURLOCK** through counsel,

Isaiah S. Gant, Assistant Federal Public Defender, and respectfully moves this

Honorable Court to enter an order relieving undersigned counsel from any further

responsibility to provide Mr. Scurlock legal representation in this matter. In support of

the foregoing motion, it is respectfully represented to this Honorable Court the

following:

1. On or about February 27, 2012, counsel was appointed to represent Mr.

Scurlock in the above-captioned cause. Counsel has done so continuously since the date

of appointment.

2. On Wednesday, November 7, 2012, for reasons unknown to counsel , counsel

was directed by letter dated November 4, 2012, to file a motion on Mr. Scurlock's behalf

requesting that counsel be relieved of any further responsibility for providing him legal

representation in this matter.

3. Pursuant to that directive, counsel hereby files the instant motion.

**WHEREFORE,** for the above and foregoing reasons, it is respectfully prayed

that this Honorable Court enter an order relieving Isaiah S. Gant, Assistant Federal

Public Defender, from any further responsibility to provide Mr. Scurlock legal

representation in this matter.