UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00037 |
| ) | JUDGE SHARP |
| MATTHEW BLAIR SCURLOCK ) | |

## O R D E R

Pending before the Court is the Government's Motion to Continue Jury Trial (Docket No. 37) to which the Defendant does not oppose.

The motion is GRANTED and the jury trial set for June 18, 2013, is hereby continued to Tuesday, June 25, 2013, at 9:00 a.m. A final pretrial conference is scheduled for Friday, June 21, 2013, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE